IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

VILLAGE COMMUNITIES, INC.
d/b/a COLDWELL BANKER
VILLAGE COMMUNITIES     PLAINTIFF

v.     Case No. 3:15-cv-00047 KGB

COLUMBIA INSURANCE GROUP, INC.     DEFENDANT

## ORDER

Before this Court is a stipulation of dismissal (Dkt. No. 8). According to the motion, the parties have reached a settlement. The parties request that the case be dismissed with prejudice. The Court grants the motion; this case is dismissed with prejudice.

It is so ordered this 7th day of April, 2016.

Kristine G. Baker
United States District Judge